FILED

FEB 03 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO.: |
| | § | |
| Plaintiff, | § | **INDICTMENT** |
| | § | |
| VS. | § | **Ct. 1**: 18 U.S.C. § 922(g)(3) |
| | § | Unlawful User of a Controlled Substance |
| CHANCE ANTHONY UPTMORE, | § | in Possession of a Firearm |
| | § | |
| Defendant. | § | |

SA21CR0052 FB

THE GRAND JURY CHARGES:

## COUNT ONE
### [18 U.S.C. § 922(g)(3)]

On or about January 18, 2021, in the Western District of Texas, Defendant,

**CHANCE ANTHONY UPTMORE,**

knowing he was an unlawful user of and addicted to a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess a firearm and ammunition, to wit: a Taurus .38 Special revolver bearing serial number LF67128, and the firearm traveled in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(3).

### NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]

**I.**
### Firearms Violations and Forfeiture Statutes
[Title 18 U.S.C. § 922(g)(3), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(3), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461]

As a result of the criminal violation set forth in Count One, the United States of America gives notice to Defendant **CHANCE ANTHONY UPTMORE**, of its intent to seek the forfeiture of the properties described below upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title

18 U.S.C. § 924(d)(3), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461, which states:

> **Title 18 U.S.C. § 924. Penalties**
>
> **(d)(l)** Any firearm or ammunition involved in or used in any knowing violation of subsection . . . (g) . . . of section 922 . . . shall be subject to seizure and forfeiture . . . under the provisions of this chapter. . .

This Notice of Demand for Forfeiture includes but is not limited to the following properties:

1. Taurus .38 Special revolver, serial number LF67128; and
2. Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offense.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

GREGG N. SOFER
UNITED STATES ATTORNEY

BY: _____
MATTHEW W. KINSKEY
Assistant United States Attorney

BY: _____
MARK T. ROOMBERG
Assistant United States Attorney