UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| Plaintiff, | § § § | Case No: 5:21-CR-52-FB |
| v. | § § | |
| CHANCE ANTHONY UPTMORE, | § § | |
| Defendant. | § § | |

## GOVERNMENT'S EXHIBIT LIST

| Exhibit Number: | Description: | Admitted: |
|---|---|---|
| 1 | Photo: Front entrance to 15411 Pebble Gate, San Antonio, TX | |
| 2 | Photo: Entry view of Chance Uptmore bedroom in 15411 Pebble Gate | |
| 3 | Photo: Interior view of Chance Uptmore bedroom | |
| 4 | Photo: Two mason jars of marijuana on Chance Uptmore bedroom desk | |
| 4-A | Photo: Intake of two mason jars of marijuana on Chance Uptmore bedroom desk | |
| 4-B | Photo: One of two mason jars of marijuana found on Chance Uptmore bedroom desk submitted to DEA for chemical testing | |
| 4-C | Photo: Two of two mason jars of marijuana found on Chance Uptmore bedroom desk submitted to DEA for chemical testing | |
| 5 | Photo: Cryptocurrency key found on Chance Uptmore bedroom desk | |
| 6 | Photo: Safe containing various narcotics located in Chance Uptmore bedroom | |

| | | |
|---|---|---|
| 6-A | Photo: Safe containing various narcotics located in Chance Uptmore bedroom (itemized) | |
| 6-B | Photo: Safe containing various narcotics located in Chance Uptmore bedroom (additional items) | |
| 7 | Photo: Intake of edible THC products and jars of marijuana located in Chance Uptmore bedroom safe | |
| 7-A | Photo: Edible THC products found in Chance Uptmore bedroom safe submitted to DEA for chemical testing | |
| 7-B | Photo: Jar of marijuana found in Chance Uptmore bedroom safe submitted to DEA for chemical testing | |
| 8 | Photo: Intake of Ziploc bag containing Psilocybin/Psilocin mushrooms located in Chance Uptmore bedroom safe | |
| 8-A | Photo: Ziploc bag containing Psilocybin/Psilocin mushrooms found in Chance Uptmore bedroom safe submitted to DEA for chemical testing | |
| 9 | Photo: Intake of bulk packaged marijuana and mason jars containing marijuana located in Chance Uptmore bedroom safe | |
| 9-A | Photo: Bulk packaged marijuana found in Chance Uptmore bedroom safe submitted to DEA for chemical testing | |
| 9-B | Photo: Mason jars containing marijuana found in Chance Uptmore bedroom safe submitted to DEA for chemical testing | |
| 10 | Photo: Intake of THC wax, dab products and marijuana located in Chance Uptmore bedroom safe | |
| 10-A | Photo: THC wax and dab products found in Chance Uptmore bedroom safe submitted to DEA for chemical testing | |
| 10-B | Photo: Marijuana found in Chance Uptmore bedroom safe submitted to DEA for chemical testing | |
| 11 | Photo: Intake of various edible THC products located in Chance Uptmore bedroom safe | |

| | | |
|---|---|---|
| 11-A | Photo: Various edible THC products found in Chance Uptmore bedroom safe submitted to DEA for chemical testing | |
| 12 | Photo: Intake of Ziploc bag containing Psilocybin/Psilocin mushrooms located in Chance Uptmore bedroom safe | |
| 12-A | Photo: Ziploc bag containing Psilocybin/Psilocin mushrooms found in Chance Uptmore bedroom safe submitted to DEA for chemical testing | |
| 13 | Photo: Intake of mason jars containing marijuana located in Chance Uptmore bedroom safe | |
| 13-A | Photo: Mason jars containing marijuana found in Chance Uptmore bedroom safe submitted to DEA for chemical testing | |
| 14 | Photo: Intake of edible THC products located in Chance Uptmore bedroom safe | |
| 14-A | Photo: Edible THC products found in Chance Uptmore bedroom safe submitted to DEA for chemical testing | |
| 15 | Photo: Digital scale located on Chance Uptmore bedroom desk | |
| 15-A | Photo: Intake of three digital scales located on Chance Uptmore bedroom desk | |
| 16 | Photo: Jars containing marijuana located in Chance Uptmore bedroom closet | |
| 16-A | Photo: Intake of jars containing marijuana located in Chance Uptmore bedroom closet | |
| 16-B | Photo: Jars of marijuana found in Chance Uptmore bedroom closet submitted to DEA for chemical testing | |
| 17 | Photo: Taurus handgun case found in bedside nightstand in Chance Uptmore bedroom | |
| 17-A | Photo: Taurus handgun case on top of bedside nightstand in Chance Uptmore bedroom | |
| 17-B | Photo: Taurus handgun case on top of bedside nightstand in Chance Uptmore bedroom | |

| | |
|---|---|
| 17-C | Photo: Intake of Taurus .38 caliber handgun bearing serial number LF67128 discovered in Chance Uptmore bedside nightstand |
| 17-D | Photo: Intake of bullets loaded in Taurus .38 caliber handgun bearing serial number LF67128 discovered in Chance Uptmore bedside nightstand |
| 17-E | Photo: Close-up view of Taurus .38 caliber handgun bearing serial number LF67128 discovered in Chance Uptmore bedside nightstand |
| 17-F | Photo: Close-up view of Taurus .38 caliber handgun bearing serial number LF67128 discovered in Chance Uptmore bedside nightstand |
| 18 | Photo: Texas Certificate of Title to 2013 Audi A4 bearing name of Chance Anthony Uptmore as owner discovered in Chance Uptmore bedroom |
| 18-A | Photo: Texas Certificate of Title to 2013 Audi A4 bearing name of Chance Anthony Uptmore as owner discovered in Chance Uptmore bedroom (back) |
| 19 | Photo: Rifle and shotgun located in adjacent bedroom to Chance Uptmore in 15411 Pebble Gate |
| 20 | Photo: Entry view of den in 15411 Pebble Gate |
| 21 | Photo: Wood cutting board with image of hemp leaf containing loose marijuana located in den |
| 21-A | Photo: Wood cutting board with image of hemp leaf, marijuana grinder containing loose marijuana, and digital scale located in den |
| 21-B | Photo: Wood cutting board with image of hemp leaf, loose marijuana, cigar wrappers, and Ziploc bag containing Psilocybin/Psilocin mushrooms |
| 21-C | Photo: Marijuana found in den submitted to DEA for chemical testing |

| | | |
|---|---|---|
| 21-D | Photo: Ziploc bag containing Psilocybin/Psilocin mushrooms found in den submitted to DEA for chemical testing | |
| 22 | Evidence log for search conducted of 15411 Pebble Gate on January 18, 2021 | |
| 23 | Report: DEA lab report prepared by Pauline M. Orlando on May 21, 2021 | |
| 24 | Report: DEA lab report prepared by Pauline M. Orlando on May 25, 2021 | |
| 25 | Report: DEA lab report prepared by Dr. Norma Iris Caraballo on June 9, 2021 | |
| 26 | Report: ATF Interstate Nexus Report on Taurus .38 caliber handgun bearing serial number LF67128 prepared by ATF SA KeDarius Harris | |
| 27 | Video: Recording of interview of Chance Uptmore conducted at 15411 Pebble Gate on January 18, 2021 | |
| 28 | Video: Recording of interview of Chance Uptmore conducted at FBI San Antonio on January 21, 2021 | |

Respectfully submitted,

ASHLEY C. HOFF
United States Attorney

By:     /s/
MATTHEW W. KINSKEY
Assistant United States Attorney
State Bar No. 24094779
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7330

MARK T. ROOMBERG
Assistant United States Attorney
Texas State Bar No. 24062266
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7179

## CERTIFICATE OF SERVICE

   I hereby certify that on April 7, 2022, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System, which will transmit notification of such filing to the parties of record.

               /s/
               MATTHEW W. KINSKEY
               Assistant United States Attorney