IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

UNITED STATES OF AMERICA
Respondent/Plaintiff,

V.

5:21-CR-00052-FB-1

CHANCE ANTHONY UPTMORE,
Petitioner/Defendant.

**MOTION TO VACATE CONVICTION AND SENTENCE UNDER 28 U.S.C. § 2255**

**Exhibit A**

Presidential Pardon for Chance Anthony Uptmore (issued January 20, 2025)

# Donald J. Trump

*President of the United States of America*

## Certificate of Pardon

### *Chance Anthony Uptmore*

was pardoned by the Presidential Proclamation of January 20, 2025. The pardon applies only to convictions for offenses related to events that occurred at or near the United States Capitol on January 6, 2021.

As directed by the Proclamation of Pardon and in witness whereof, the Office of the Pardon Attorney has caused the seal of the Department of Justice to be affixed below and issues this certificate of pardon to the named person.



*Done at the City of Washington, District of Columbia, on January 27, 2025.*

ID318272